## ABBIE A. ABRAHAM *v.* S. E. ONORATO GARAGES, A CALIFORNIA CORPORATION DOING BUSINESS IN THE STATE OF HAWAII AS MARKS CENTER PARKING, AKA S. E. ONORATO GARAGES, EVERETT C. McCOY; AND JAMES R. ANDERSON.

### No. 4749.

NOVEMBER 18, 1968.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE DOI ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied **without** argument.

*Joseph A. Ryan* (*Ryan & Ryan* of counsel) for the petition.